IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| MARTY A. COSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-CV-278 |
| | ) |
| CLAIBORNE COUNTY BOARD OF | ) |
| EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

This matter is before the court on Defendants' petition for attorney fees and supporting memorandum [docs. 51, 52]. This matter has been fully briefed [docs. 53, 54, 55, 56, 61, 62], and the undersigned previously referred the matter to United States Magistrate Judge H. Bruce Guyton [doc. 59]. After conducting a hearing on the matter, Judge Guyton issued a report and recommendation ("R&R"), recommending that Defendants' petition for attorney fees be denied [doc. 66]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusion that Defendants' petition for attorney fees should be denied. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the R&R, which the

Court adopts and incorporates into its ruling, that Defendants' petition for attorney fees [doc. 51] is **DENIED**.

    **IT IS SO ORDERED.**

                                                                               s/ Leon Jordan
                                                                   United States District Judge